RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223 CR-ROETTGER

18 USC 1542
18 USC 1001(a)(3)
18 USC 1621

**MAGISTRATE JUDGE
SNOW**

FILED by ___ D.C.

AUG 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

NELSON LEWIS,

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 27, 1999, at Broward County, in the Southern District of Florida, the defendant,

NELSON LEWIS,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for the use of his infant son, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his infant son, Isaac Joseph Lewis, was a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, Isaac Joseph Lewis was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

### COUNT II

On or about October 27, 1999, at Broward County, in the Southern District of Florida, the defendant,

NELSON LEWIS,

in a matter within the jurisdiction of the executive branch of the United States Government, that is, the United States Department of State, knowingly and willfully made a materially false, fictitious and fraudulent statement and representation, in that he falsely represented his infant son, Isaac Joseph Lewis, to be a citizen of the United States, in that he presented the birth certificate of a Isaac Joseph Lewis, born in the State of Georgia, claiming this to be his son's own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT III

On or about October 27, 1999, at Broward County, in the Southern District of Florida, the defendant,

NELSON LEWIS,

having duly taken an oath, before Ms. Dale Bowe, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations he had made on his infant son's application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which he then and there did not believe to be true, in that he stated under oath as aforesaid that his infant son, Isaac Joseph Lewis, was born in the State of Georgia, when in truth and in fact and as the defendant then and there well knew, his infant son was not born in the State

of Georgia; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

*Leonard Pott*
FOREPERSON

*Steven R. Peter*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Steven R. Peter*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NELSON LEWIS

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami  ___ Key West
X   FTL    ___ WPB ___ FTP

New Defendant(s)   Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days       X____       Petty       ____
   II   6 to 10 days      ____        Minor       ____
   III  11 to 20 days     ____        Misdem.     ____
   IV   21 to 60 days     ____        Felony      X____
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant Name: **NELSON LEWIS**         Case No._____

Count #: **1**

**False Statement in Application for U.S. Passport**

**Title 18, United States Code, Section 1542**

***Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

================================================================

Count #: **2**

**False Documentation**

**Title 18, United States Code, Section 1001(a)(3)**

***Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

================================================================

Count #: **3**

**Perjury**

**Title 18, United States Code, Section 1621**

***Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

================================================================

Count #:


***Max. Penalty:**
================================================================
Count #:


***Max. Penalty:**
================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98