# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

NELSON LEWIS

## WARRANT FOR ARREST

CASE NUMBER: $00-6223-CR-NCR$

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NELSON LEWIS__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; material false statement within jurisdiction of U.S. State Department; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 1001(a)3, and 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

Aug 10, 2000   Ft. Lauderdale, FL
Date and Location

Bail fixed at $ __25,000__  RSS corporate surety
bond with Nebbia

**BARRY S. SELTZER**
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest



DEFENDANT'S NAME: NELSON LEWIS

ALIAS:

LAST KNOWN RESIDENCE: 2338 CHARLESTON ST. BLDG 56, HOLLYWOOD FLORIDA /

146 NW 8TH AVE., DANIA FLORIDA

LAST KNOWN EMPLOYMENT: N&L LAWN SERVICE

PLACE OF BIRTH: BAHAMAS

DATE OF BIRTH: 12/26/60

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'9"   WEIGHT: 350

SEX: MALE   RACE: BLACK

HAIR: BLACK   EYES: BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE   536-5781