## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | NELSON LEWIS (J) | CASE NO: | 00-6223-CR-ROETTGER |
| AUSA: | ROGER POWELL / Behnke | ATTY: | Martin Bidwill |
| AGENT: | USSD | VIOL: | 18:1542, 1001(a)(3, 1621 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 25,000 CSB w/NEBBIA |
| BOND HEARING HELD: (yes)/no | | COUNSEL APPOINTED: | FPD, 100,000 / 10% |
| BOND SET @: | 50,000 / 10% +50,000 PSB | To be cosigned by: | wife |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ⌀ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ✓ Travel extended to: MD/FL
- ✓ abide by state bond cond.
- ☐ Halfway House ____

Deft advised of charges sworn for counsel may be required to post money w/registry of the Court at a later date.

Reading of Indictment Waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | ✓ |
| STATUS CONFERENCE: | 9-8 | 11 | LSS | |

DATE: 8/25/00   TIME: 11:00   FTL/LSS TAPE # 00 - 046   Begin: 2151   End:

Re-call 2944
00047 and 58    3/DM