```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6223-CR-ROETTGER
UNITED STATES OF AMERICA

     vs

NELSON LEWIS                        ARRAIGNMENT INFORMATION SHEET
```



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: ON BOND FORM _____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET:           $ 50,000 10% AND $50,000 PERSONAL SURETY

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__25TH___day of ___AUGUST_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                 Deputy Clerk

                              Tape No._____00-046_____

cc: Copy for Judge
    U. S. Attorney

