198,488

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

# WARRANT FOR ARREST

NELSON LEWIS

**CASE NUMBER:** $00-6223-CR-NCR$

**TO:   The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest___NELSON LEWIS_____

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X |Indictment  |   |Information  |   |Complaint  |   |Order of court  |   |Violation Notice  |   |Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; material false statement within jurisdiction of U.S. State Department; and false oath,

in violation of Title _18_ United States Code, Section(s) 1542, 1001(a)3, and 1621

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Signature of Issuing Officer

Aug 10 2000        Lauderdale
Date and Location

RSS
Bail fixed at $ 25,000  corporate surety
bond with Nebbia

**BARRY S. SELTZER**
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL
_____

| DATE RECEIVED<br>8/11/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST<br>8/25/00 | | John Walker, ASDUSM |

AO 442 (Rev  12/85) Warrant for Arrest