UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  )  Case Number: CR 00-6223-CR-NCR
                   Plaintiff  )
                            )  REPORT COMMENCING CRIMINAL
     -vs-                    )  ACTION
                            )
  NELSON LEWIS            )  55442-004
            Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-25-00    0430 (am)/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1542 FALSE CLAIM TO U.S. CITIZENSHIP
     18 USC 911 FALSE/PRESENTATIONS
     18 USC 1621 PERJURY

(4) U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 12-26-60

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6223-CR

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date:_____  (9) Arresting Officer:_____

(10) Agency:_____  (11) Phone:_____

(12) Comments:_____