U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Nelson Lewis (no deft)          CASE NO: 00-6223-CR-Roettger
AUSA: Roger Powell /Gardfield         ATTNY: FPD Tim Day - for Pat
AGENT: _____                    VIOL: _____
PROCEEDING: Status Conference         BOND REC: _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
2 days to try
Gov't ready
possible plea

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-8-00    TIME: 11:00am    TAPE # 00-072    PG # 1
                ends 11:30am.    468-488