UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6223-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

NELSON LEWIS,

                    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 8, 2000.  At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending.  The Government further represented that it is ready of proceed and that this matter would require two days to try.  The matter, however, may ultimately be resolved by way of a change of plea.

2.    Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this _____ day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

United States Attorney's Office

Federal Public Defender's Office
Attorney for Defendant