HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6223  Date: 21 Nov 00
Courtroom Clerk: P. Hart  Court Reporter: J. Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): USA  Counsel: Powell

Defendant(s): Nelson Lewis  Counsel: P. Hunt

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead + adj. as guilty. PSI ordered. Sent. set Feb. 2, 2001 at 11:00 A.M. Bond cont'd.

Misc.: _____