FILED by _____ D.C.

- 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6223-CR-NCR  Date: 3/7/01
Courtroom Clerk: P. Hart  Court Reporter: Burke
Probation Officer: present  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Powell

Defendant(s): M Lewis (B)  Counsel: P. Hunt

Reason For Hearing: Sentencing

Result of Hearing/Judgment: 3 yrs prob., assessed $100.00, fine 500.00 payable over the period of prob., part. in substance abuse program, contribute to costs, if deported not to re-enter & prob. is non-reporting

Misc.: _____