# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| NELSON LEWIS | Case Number: **0:00CR06223-001** |
| | A.U.S.A.-Powell   Patrick Hunt, Esq., F.P.D. |
| **THE DEFENDANT:** | Defendant's Attorney |

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | False statements in application for a passport | 12/26/1960 | 1 |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date April 12, 2001

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **remaining** _____ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 03/07/2001 |
| Defendant's Date of Birth: 12/26/1960 | Date of Imposition of Judgment |
| Defendant's USM No.: 55442-004 | |
| Defendant's Residence Address: | *(signature)* |
| 2214 Raleigh Street #1 | Signature of Judicial Officer |
| Hollywood   FL   33020 | **NORMAN C. ROETTGER** |
| | **U.S. DISTRICT COURT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 2214 Raleigh Street #1 | |
| Hollywood   FL   33020 | 12 Apr 2001 |
| | Date |

