UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CR-ROETTGER

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

NELSON LEWIS, :

    Defendant. :



## ORDER GRANTING MOTION FOR DISBURSEMENT OF BOND

THIS MATTER having come before the Court on Defendant's Motion for Disbursement of bond, and the Court having reviewed the record and being fully advised, it is hereby

**ORDERED** that the above mentioned motion is **GRANTED**. The Clerk of Court is directed to disburse forthwith the $5000 cash bond posted in this matter, together with any accrued interest to: Juliette Dianne Lewis-Martin, Social Security No. 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, 4315 NW 18th Avenue, Miami, FL 33142.

DONE AND ORDERED at Fort Lauderdale, Florida, this __6__ day of __Sep__, 2001.

                          HONORABLE JUDGE NORMAN C. ROETTGER
                          UNITED STATES DISTRICT JUDGE

cc:   Roger Powell, AUSA
      Pat Hunt, AFPD
      Financial Deputy Clerk