PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 65279

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6223-CR-Roettger</u>

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:   Nelson Lewis

Name of Sentencing Judicial Officer:   The Honorable Norman C. Roettger, United States District Judge, Southern District of Florida

Date of Original Sentence: March 7, 2001

Original Offense:   False Statements in Application for Passport, 18 U.S.C. § 1542

Original Sentence:   Three (3) years probation with the following special conditions: (1) participate in an approved treatment program for drug/alcohol abuse; and (2) fine payment of $500.

Type of Supervision: Probation          Date Supervision Commenced:   March 7, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On April 10, 2002 in Broward County, Florida the probationer answered charges originally filed by the Hollywood Police Department on February 15, 2000. The probationer plead guilty and was charged with Count 1, Trafficking in Cocaine, and Count 2, Possession of Cannabis, contrary to Florida Statues 893.351B/893.032A, a first degree felony and 893.031C/893.136A, a third degree felony. The probationer was sentenced to eighteen (18) months Florida State Prison. |

PROB 12A  
(SD/FL 10/01)  

SD/FL PACTS No. 65279

U.S. Probation Officer Action:

The United State Probation Office recommends no action since sentence was based on charged that occurred prior to the defendant's term of probation. Subsequently, the defendant was sentenced to eighteen (18) months Florida State Prison.

Respectfully submitted,

by *[signature]*  
Marvin G. Williams  
U.S. Probation Officer  
Phone: (954) 769-5591  
Date: May 14, 2002

[X]  Concur with action(s) taken by the U.S. Probation Officer  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision  
[ ]  Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

6 June 2002  
_____  
Date